UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) MDL Docket No. 1629<br>) Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br>COOPER, et al. v. PFIZER INC.,<br>Docket No. 05-10834-PBS | ) ) ) Judge Patti B. Saris ) ) ) |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action as counsel of record for defendant, Pfizer Inc.

Dated: April 29, 2005

s/James P. Rouhandeh
James P. Rouhandeh
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000